**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00584-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDGAR EDUARDO JIMENEZ,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court upon request of counsel. After further review of the **Notice of Disposition and Motion Requesting Change of Plea Hearing** [#13] filed December 20, 2010,

    **IT IS ORDERED** as follows:

    1. That the Change of Plea Hearing set by Minute Order [#14] filed December 20, 2010, is **VACATED** and **RESET** to **July 8, 2011** at 9:00 a.m.; and

    2. That all other provisions of the aforementioned Minute Order remain in full force.

    Dated: December 20, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.