**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00584-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  EDGAR EDUARDO JIMENEZ,

     Defendant.

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

---

**Blackburn, J.**

     The matter is before me on the **Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony Under Specified Conditions To Attorney For Defendants** (sic) [#20][1] filed July 15, 2011.  After reviewing the motion and the file, and pursuant to Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure, I conclude that the motion should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony Under Specified Conditions To Attorney For Defendants** (sic) [#20] filed July 15, 2011, is **GRANTED**;

     2.  That copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorney for the defendant as requested

---

[1]"[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

for preparation for trial; and

3.  That the disclosed copies of the Grand Jury transcripts and materials are not to be produced and are to be retained in the personal custody or office of the attorney for the defendant.

Dated July 19, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge